

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00063-CV

———————————————

IN THE INTEREST OF B.M., A CHILD

---

On Appeal from the 360th District Court
Tarrant County, Texas
Trial Court No. 360-696318-21

---

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION AND JUDGMENT

We have considered the parties' "Rule 42.1(a)(2) Joint Motion to Dismiss Appeal and Remand to Trial Court for Entry of Agreed Final Judgment." It is the court's opinion that the motion should be granted; therefore, we set aside the trial court's judgment without regard to the merits and remand this case to the trial court to render judgment in accordance with the parties' agreement.[1] *See* Tex. R. App. P. 42.1(a)(2)(B); *Innovative Off. Sys., Inc. v. Johnson*, 911 S.W.2d 387, 388 (Tex. 1995) (order).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: June 22, 2023

---

[1]Although the phrase "Joint Motion to Dismiss" appears in the title of the motion, the parties do not actually request that we dismiss this appeal—and understandably so, because "we cannot both set aside the trial court's judgment and dismiss [an] appeal." *Lone Tree Res. & Consulting, Inc. v. Persepolis, Inc.*, No. 02-21-00246-CV, 2021 WL 6143641, at *1 (Tex. App.—Fort Worth Dec. 30, 2021, no pet.) (per curiam) (mem. op.).